IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| In re: John Daniel Mangigian, Jr.<br><br>Debtor. | Case No. 16-35630<br>Chapter 13<br>Trustee: Roy M. Terry |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM # 9**

The Debtor, John Daniel Mangigian, Jr., by counsel, Nupa Agarwal, Esq., objects to the Proof of Claim filed by Federal National Mortgage Association, in the amount of $145,502.37 for a pre-petition debt, and assigns the following reasons for the same:

1. Debtor filed a Chapter 13 Bankruptcy on November 16, 2016; and converted to a Chapter 7 on November 13, 2018.
2. Federal National Mortgage Association filed its Proof of Claim on May 1, 2019; and Amended Claim on May 7, 2019.
3. Debtor's Counsel Objects to this Proof of Claim as Federal National Mortgage Association has not shown supporting documents that Debtor was listed on the Mortgage. Debtor states he was only on the Deed.

WHEREFORE, Debtor respectfully requests that this Honorable Court disallow the Proof of Claim # 9 filed by Federal National Mortgage Association and grant such other and further relief as is just and proper.

NOTICE UNDER LOCAL BANKRUPTCY RULE 3007-1, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR HEARING ON THIS OBJECTION ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY AND THE TRUSTEE WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED,

TREAT THE OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT A HEARING.

    /s/ John Daniel Mangigian, Jr.
    Debtor
   By: /s/ Nupa Agarwal
    Nupa Agarwal
    Counsel for Debtor
    VA. State Bar No. 42545
    PO Box 17275
    Richmond, VA 17275
    TEL:(804) 691-2655

**PROOF OF SERVICE**

I certify that I have this 20th Day of May 2019 transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor, John Daniel Mangigian, Jr., 2025 Rocky Ford Road, Powhatan, VA 23139; Chapter 7 Trustee, the United States trustee and to all necessary parties, on the mailing matrix maintained by the clerk of court.

    /s/Nupa Agarwal
    Nupa Agarwal

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

In re: **JOHN DANIEL MANGIGIAN, JR.**   )
                                        )   Case No. 16-35630
                                        )   Chapter 7
                Debtor.                 )   Trustee: Roy M. Terry
                                        )
                                        )

# NOTICE OF OBJECTION TO CLAIM # 9

Debtor's Counsel has filed an objection to the proof of claim #9 by Federal National Mortgage Association (the "Objection").

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to grant the relief sought in the Objection or if you want the Court to consider your views on the motion, then you or your attorney must:

File with the court, at the address below a written response to the objection and a request for hearing **within 30 days of filing of this motion**. Unless a written response is filed and served by the date specified, the Court may decide that you do not oppose the objection to your claim. If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

        Clerk of Court
        U.S. Bankruptcy Court
        701 E. Broad Street, St. 4000
        Richmond, VA 23219

You must also mail a copy to:

Nupa Agarwal
VA. State Bar No. 42545
PO Box 17275
Richmond, VA 17275
TEL:(804) 691-2655

Federal National Mortgage Association Inc
c/o Brad Geisen of Active Data Technologies
1095 Broken Sound Parkway
Suite 100
Boca Raton, FL 33487

If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order granting that relief.

Date: May 20, 2019

                                           /s/ Nupa Agarwal, Esq.
                                           VA. State Bar No. 42545
                                           P.O. Box 17275
                                           Richmond, VA 23226
                                           TEL: 804-691-2655

## PROOF OF SERVICE

      I certify that I have this 20th Day of May 2019 transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor, John Daniel Mangigian, Jr., 2025 Rocky Ford Road, Powhatan, VA 23139; Chapter 7 Trustee, the United States trustee and to all necessary parties, on the mailing matrix maintained by the clerk of court.

                                                         /s/Nupa Agarwal, Esq
                                                         Nupa Agarwal
                                                         Counsel for Debtor